IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK STOLLAR | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2780-KSM |
| | : | |
| JOHN E. WETZEL, et al. | : | |

### ORDER

AND NOW, this 2nd day of August, 2023, after consultation with the assigned judges, it is ORDERED that, pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned civil action is consolidated with the actions previously consolidated before the Honorable Gerald A. McHugh under *Perez v. Wetzel, et al.*, Civil No. 21-4796, for purposes of addressing common issues of law and fact prior to trial only.

BY THE COURT:


  /s/ Juan R. Sánchez  
Juan R. Sánchez, C.J.