

IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Patrick J. Stollar,** Plaintiff, v. **John Wetzel**, et al., Defendants. | : : : : : | No. 23-2780 § 1983 Civil Action |

## Motion to Mark as Related and Consolidate

This case is nearly identical to a group of cases marked as related and consolidated with *Busanet v. Wetzel*, #21-CV-04286 (McHugh, D.J.).

The plaintiff respectfully requests to have this case marked as related and consolidated with *Busanet* as well.

Respectfully submitted,

*Patrick Stollar*
**Patrick J. Stollar**
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

8/14/23
Date

---

**Certificate of Service**
I hereby certify that I have served a copy of this motion on counsel for the defendants, via first-class U.S. Mail (prepaid), at the following address:

PADOC Office of General Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050

Smart Communications/PADOC

SCI- Phoenix
Name Patrick Stollar
Number AM3365
~~Register 1208~~ 1200 Mokychic Drive
~~St Petersburg FL 33733~~
Collegeville, PA 19426

FIRST-CLASS MAIL
$000.63
ZIP 19426
041M12252211
neopost
08/16/2023
US POSTAGE

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

Clerk of Court
United States District Court
for the Eastern District of PA
601 Market Street, Rm 2609
Philadelphia, PA 19106